

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-24-00035-CV

---

**LAURIE PERRY AKA LAURIE BLACK, APPELLANT**

**V.**

**BILLD EXCHANGE, LLC, APPELLEE**

---

On Appeal from the County Court at Law No. 2
Denton County, Texas
Trial Court No. CV-2022-02690, Honorable Robert C. Ramirez, Presiding

---

May 29, 2024

## MEMORANDUM OPINION

Before PARKER and DOSS and YARBROUGH, JJ.

Appellant, Laurie Perry aka Laurie Black, proceeding pro se, appeals from the trial court's *Summary Judgment.*[1] Perry's brief was originally due April 15, 2024, but was not filed. By letter of April 22, 2024, we notified Perry that the appeal was subject to dismissal for want of prosecution, without further notice, if a brief was not received by May 2. On May 7, 2024, Perry attempted to file a document via eFile requesting a ninety-day

---

[1] Originally appealed to the Second Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001.

extension to file a brief. This document was rejected by the Clerk of the Court, however, because it was not served on the parties, did not include a certificate of conference, and was not accompanied by a filing fee as required by the appellate rules. *See* TEX. R. APP. P. 5, 9.5, 10.1(a)(5). Perry was instructed to file a corrected motion for extension in compliance with the appellate rules by May 9, 2024. She has not filed a corrected motion or had any further communication with this Court to date.

Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam